NUMBER
13-01-059-CV

 

                                   COURT OF
APPEALS

 

                       THIRTEENTH DISTRICT OF
TEXAS

 

                                     CORPUS
CHRISTI

____________________________________________________________________

 

 

IN
THE MATTER OF E.G., A JUVENILE

____________________________________________________________________

 

                                 On appeal from
the 329th  District Court

                                           of Wharton County, Texas.

____________________________________________________________________

 

                                         O P I N
I O N

 

                                   Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam

 

On
July 12, 2001, this appeal was abated and remanded to the trial court for a
determination of the status of the appeal. 
On July 23, 2001, a letter was received from the trial court, together
with an affidavit executed by the appellant. 
In the affidavit, the appellant, E. G., states that she does not desire
to prosecute her appeal. 

The
Court, having considered the documents on file and appellant=s affidavit, is of the
opinion that the appeal should be dismissed. 
Accordingly, the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 9th day
of August, 2001.